2010 OCT 28  P 3: 23

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-424-KJD (RJJ) |
| GLENN FINE, ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 26, 2010, defendant GLENN FINE pled guilty to Counts One through Three of a Six-Count Criminal Indictment charging him in Count One through Three with Counterfeiting and Forging Obligations of the United States in violation of Title 18, United States Code, Section 471.

This Court finds defendant GLENN FINE agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant GLENN FINE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c); and Title 49, United States Code, Section 80303 and Title 28, United States Code, Section 2461(c):

(a) Apple Mac Tower, Model: A1186, serial number: nq644016uqz; and

      (b)    Hewlett Packard, Model: Scanjet 4850, serial number: cn69cta3cv.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GLENN FINE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    MICHAEL A. HUMPHREYS  
    Assistant United States Attorney  
    DANIEL D. HOLLINGSWORTH  
    Assistant United States Attorney  
    Lloyd D. George United States Courthouse  
    333 Las Vegas Boulevard South, Suite 5000  
    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described

1 | property.
2 | DATED this 25th day of October, 2010.
3 |
4 |
5 |
6 | _____
   | UNITED STATES DISTRICT JUDGE